# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GREGORY PARISH,

    Plaintiff,

v.                                   Case No. 3:16-cv-1548-J-32PDB

SYNCHRONY BANK,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal with Prejudice as to Synchrony (Doc. 28), filed on November 10, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of November, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record